United States District Court
District of Rhode Island

**Linda Diamante (Linda Diamonte)**
**Plaintiff**
v.

C.A. No:1:19-CV-00060-WES-PAS
(Linda Diamonte) (Linda Diamante correct name)

**Town of Coventry**
by and through its Treasurer,
**John Arnett, Daniel A. Serina,**
a police officer employed by the Town of
Coventry, **Kennith Gebo**, a police officer
employed by the Town of Coventry,
and **John Does 1-10. inclusive** ,
as the employees of the Town of Coventry.
**Defendants**

## Plaintiffs Response to Motion of Discovery

I Linda Diamante, am seeking postponement of the current motion of discovery, until I can receive further counsel from an attorney.

Linda Diamante
X _Linda Diamante_

Sworn and subscribed to before me in _____, Rhode Island, this _____ day if _____ 2021.

NOTARY REPUBLIC
Commission Expires:_____

Submitted by:
Plaintiff,
Linda Diamante
86 Winsor Road
Foster , RI 02825
401/647-0629

**Certification**

To: Marc DeSisto, Esq.
Kathleen A. Hilton Esq.
DeSisto Lw LLC
0 Ship Street
Providence. RI 02903
marc@desistolaw.com
katie@desistolaw.com

I hereby certify that a true copy of the within was sent via certified mail on this _____ day of September 2021.

_Linda Diamante_

Linda Diamante